**No. 53754.**—Capitol Wine & Spirit Corp. et al. v. United States, protests 102776–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53755.**—Austin, Nichols & Co., Inc., et al. v. United States, protests 114214–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53756.**—Glenby Fraser & Co. et al. v. United States, protests 121152–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53757.**—American Express Co. et al. v. United States, protests 45947–K, etc. (Boston).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53758.**—V. W. Davis et al. v. United States, protests 63827–K, etc. (Duluth).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.